DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CHRISTOPHER LAMARR AMY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1577

———————————————

January 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Christopher Lamarr Amy, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.